# EXHIBIT A
(Assignment of Funding Group Interest)

# ASSIGNMENT OF FUNDING GROUP INTEREST AND RIGHTS ARISING OUT OF THE FUNDING GROUP AGREEMENT DATED 11-27-06

This Assignment Of Funding Group Interest and Rights Arising Out of the Funding Group Agreement dated 11-27-06 ("Assignment") is entered into effective this 12th day of December, 2006 ("Effective Date") by and between Richard Campbell ("Campbell") and TCMS Investments, Inc., an Arizona Corporation ("TCMS"):

## RECITALS

WHEREAS, on or about October 23, 2006, Campbell, for good and valuable consideration, executed a Designation of Nominee and Instructions whereby he assigned the entirety of his shareholding interest in APM to TCMS Investments, Inc.; and

WHEREAS, on November 27, 2006, (1) Arizona Precious Metals, Inc, an Arizona Corporation ("APM"), (2) Silver King Mining Company of Arizona, LLC, an Arizona Limited Liability Company ("SKM"), (3) Arizona Precious Metals – Silver King Joint Venture ("APM – SKM JV"), (4), Richard Campbell ("Campbell"), (5) TCMS Investments, Inc., an Arizona Corporation ('TCMS"), and (6) Hans Hüning ("Hüning") entered into an Agreement whereby, *inter alia*, Campbell, TCMS and Hüning as the "Funding Group" obtained a 30% interest in the APM-SKM JV by amending Paragraph 7(a) of the APM – SKM JVA relating to the Joint Venture Interests to provide the interest of the APM-SKM JV to be ("Funding Group Joint Venture Interest"):

   i) Silver King:   40%

   ii) APM:   30%

   iii) Funding Group:   30%

and made the following provision regarding the repayment of the Reclamation Bond in paragraphs 4(a) and (b):

   b) In the event that, on or prior to June 30, 2007, Accept or any other third party lender/financier/funding entity funds the operations of the Silver King Mine, then and in that event the first funding moneys from Accept or such other third party shall be used to repay to the Funding Group the $140,000.00 advanced by the Funding Group for the Reclamation Bond *and* the Previous Contributions by Campbell and Hüning, plus a 10% interest thereon; the interest of 10% shall be due irrespective of the actual repayment date.

   c) In the event that Accept or any other third party lender/financier/funding entity does not fund the operations of the Silver King Mine prior to June 30, 2007, and the $140,000 advanced by the Funding Group and the Previous Contributions are not repaid as contemplated in Paragraph 4(a) above, then

Page 1 of 3

APM shall forfeit all its interest in the JV. Contemporaneously with the forfeiture of the APM interest in the Joint Venture, the SKM's interest in the Joint Venture shall be increased to FIFTY FIVE PERCENT (55%) and the Funding Group's interest shall be increased to FORTY FIVE PERCENT (45%); and

WHEREAS, on November 27, 2006, the Funding Group entered into a Funding Group Agreement by and through which:

1. Campbell agreed to pay $100,000; Hüning agreed to pay $20,000; and TCMS agreed to pay $20,000 toward the $140,000 needed to pay the Reclamation Bond for the Silver King Project.

2. Campbell paid $110,000 toward the payment of the $140,000 Reclamation on the Silver King Project; of this sum, $10,000 was paid on behalf of Hüning.

3. TCMS paid $30,000 toward the payment of the $140,000 Reclamation on the Silver King Project; of this sum, $10,000 was paid on behalf of Hüning.

4. Hüning promises to pay $10,000 to TCMS and $10,000 to Campbell no later than December 31, 2006 for Campbell's and TCMS's payment of the Hüning contribution.

5. The parties shall own their interest in the Funding Group, which owns a 30% interest in the APM-SKM Joint Venture, as follows: Campbell, 71.5%; TCMS, 14.25%, Hüning, 14.25%; and

WHEREAS, this date Peter Strojnik as Attorney and Campbell as Client entered into a Modification of Fee Agreements by which Campbell agreed to execute this Assignment in consideration of attorney's fees, present and future, relative to representation of Client by Strojnik in cases commonly referred to as the ACC case and the AGRA Technologies case; and

WHEREAS, Campbell now wishes to assign the entirety of his right, title and interest to the Funding Group and Rights Arising Out of the Funding Group Agreement dated 11-27-06 to TCMS Investments, Inc.

## ASSIGNMENT

NOW, THEREFORE, Campbell assigns to TCMS Investments, Inc., the entirety of its right, title and interest in and to the Funding Group including all of his rights, title and interest arising out of the Funding Group Agreement dated November 27, 2006, and Strojnik accepts this assignment as payment as set forth in the Modification of Fee Agreements.

**CAMPBELL HAS BEEN ENCOURAGED BY THE PARTIES TO SEEK INDEPENDENT LEGAL ADVICE AND OPINION REGARDING THIS ASSIGNMENT, AND THAT HE HAS HAD THE OPPORTUNITY TO DO SO. BY EXECUTING THIS AGREEMENT, CAMPBELL ACKNOWLEDGES HAVING READ AND UNDERSTOOD THE TERMS THEREOF AND HAVING RECEIVED A COPY.**

EXECUTED on the date hereinabove first written.

**Richard Campbell**

_____
For the Marital Community
Richard Campbell and Sondra Campbell

**Peter Strojnik**

_____
Individually and as president of
PETER STROJNIK, P.C.

**TCMS INVESTMENTS, INC.**

_____
Tanya Strojnik, President