# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | RICHARD ALLEN & SONDRA JANE CAMPBELL |
| **Case Number:** | 2:07-BK-04683-RTB  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 25, 2009 09:00 AM  7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

ADV: 2-08-00861

**JILL H. FORD vs PETER STROJNIK & TANYA C. STROJNIK & TCMS INVESTMENTS, INC.**

MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO DISMISS FOR FAILURE TO ALLEGE FRAUD WITH PARTICULARITY FILED BY PETER STROJNIK ON BEHALF OF PETER STROJNIK, TANYA C. STROJNIK, TCMS INVESTMENTS, INC.

R / M #:   5 / 0

## Appearances:

ALLISON M. LAURITSON, ATTORNEY FOR JILL H. FORD
PETER STROJNIK, ATTORNEY FOR PETER STROJNIK, TANYA C. STROJNIK, TCMS INVESTMENTS, INC.

## Proceedings:

The parties present their arguments to the court.

COURT:  IT IS ORDERED denying the motion in full.  The defendant is ordered to file an answer within the time allowed
under the rules.