Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Defendants

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: RICHARD AND SONDRA CAMPBELL, <br><br>Debtors. <br>_____ <br><br>JILL H. FORD, Trustee, <br><br>Plaintiff, <br><br>vs. <br><br>PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS Investments, Inc., an Arizona Corporation. <br><br>Defendants. | (Chapter 7 case) <br><br>No. 2-07-bk-04683-RTB <br><br>Adversary No. 2:08-ap-00861-RTB <br><br>**ANSWER** <br><br>**DEFENSES, OFFSETS AND COUNTERCLAIMS** <br><br>**DEMAND FOR TRIAL BY A JURY** |

Defendants Answer the Complaint as follows:

1. Defendants admit the allegations contained in paragraphs 1-5, 7-13, 18, 20 – 25, 28, 33, 36, 51 and 63.

2. Defendants deny the allegations contained in paragraphs 6, 26, 26, 34, 35, 38, 40 – 45, 48 – 50, 52-56, 59, 61-62 and 64-68.

-1-

3. Defendants are without sufficient information to admit or deny the allegations in paragraphs 14-17, 37, 39, 47, 58 and, therefore, deny the same.

4. Defendants are unclear as to the meaning of the allegations in Paragraphs 19, 27, 29, 30 and therefore deny the same.

5. Defendants deny each and every allegation not specifically admitted herein.

6. As for their affirmative defenses, counterclaims and offsets, Defendants state that:

   a. Neither the APM shares nor the Funding Group Interest had any value at the time of the transfers referenced in the Complaint;

   b. Defendant Peter Strojnik added value to these interests by virtue of litigation commenced both in the United States District Court and the Pinal County Superior Court in (unsuccessful) attempts to add value to these assets;

   c. Defendant Peter Strojnik makes a claim for offset and a counterclaim in *quantum meruit* against Plaintiff for the work performed in connection with these litigation matters in the event the Court finds that the APM shares and the Funding Group interest had no value at the time of the transfers, and the value was added by Peter Strojnik.

   d. The assets sought to be turned over were completely worthless at the time of the alleged transfers to Defendants.

-2-

**DEMAND FOR JURY TRIAL**

7. Defendants demand a trial by jury.

    RESPECTFULLY submitted this 2nd day of April, 2009.

                                              _____
                                              Peter Strojnik
                                              Attorney for Plaintiff