Adam B. Nach – 013622
Allison M. Lauritson - 022185
**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone Number: (602) 258-6000
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| RICHARD ALLEN AND SONDRA JANE CAMPBELL | No. 2-07-bk-04683-RTB |
| | *Adversary No.2:08-ap-00861-RTB* |
| Debtors. | |
| Jill H. Ford, TRUSTEE, | **PLAINTIFF'S ANSWER TO COUNTERCLAIMS AND OBJECTION TO DEMAND FOR JURY TRIAL** |
| Plaintiff, | |
| vs. | |
| PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS INVESTMENTS, INC, an Arizona corporation | |
| Defendants. | |

Plaintiff, Jill H. Ford, Trustee, by and through her attorneys undersigned, hereby answers Defendants' Counterclaims and Objects to Defendants' Demand for Trial by Jury and respectfully alleges as follows:

### ANSWER - COUNTERCLAIMS

Plaintiff is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Defendants' affirmative defenses, counterclaims and offsets as set forth in paragraphs 6(a) through 6(d) and therefore denies the same.

## OBJECTION TO DEMAND FOR JURY TRIAL

Plaintiff hereby objects to Defendants' Demand for Jury Trial. Plaintiff contends that by asserting counterclaims against the bankruptcy estate, Defendants have subjected themselves to the bankruptcy court's equitable powers, thereby waiving their right to a jury trial. *See* In re EZ Pay Services, Inc., 389 B.R. 278 (Bankr.M.D.Florida 2008); In re Price, 346 B.R. 857 (Bankr.M.D.Alabama 2006); Granfinaciera v. S.A. [Granfinanciera, S.A] v. Nordberg, 492 U.S. 33, 109 S.Ct. 2782, 106 L.Ed.2d 26 (1989).

While Defendants may be entitled to a jury trial, they waived that right when they asserted a counterclaim against the bankruptcy estate. Defendants assert a counterclaim for *quantum meruit* for the work alleged performed by Defendant Peter Strojnik in connection with litigation commenced in the Untied States District Court and the Pinal County Superior Court.

A counterclaim has been found by several courts to be akin to filing a proof of claim in the bankruptcy case. The Court in Langenkamp v. Culp, 498 U.S. 42, 111 S.Ct. 330, 112 L.Ed.2d 343 (1990), held that the "defendants had brought themselves within the equitable jurisdiction of the Bankruptcy Court by filing claims against the estate, and therefore were not entitled to a jury trial in the preference action." In re EZ Pay Services, Inc. at 285, *referring to* Langenkamp, at 45, 111 S.Ct. 330. "Generally, Courts have found that the filing of the counterclaim operates as a claim against the estate, and therefore subjects the defendant to the equitable power of the Bankruptcy Court. In these cases, the defendant is divested of its right to a jury trial because of the equitable nature of the proceeding." In re EZ Pay Services, Inc. at 290. The Court in In re EZ Pay Services, Inc. held that the defendant was not entitled a jury trial because the defendant, in filing a counterclaim and asserting affirmative relief against the bankruptcy estate, is "attempting to obtain a portion of the Debtor's estate and has therefore triggered the 'non-jury' process of allowing and disallowing claims." Id. at 290.

In this case, Defendants assert that Defendant Peter Strojnik added value to the interests in the

APM shares and the Funding Group Interest and as a result he asserts a claim for *quantum meruit* for the work he performed. Defendants are asserting a claim for affirmative relief against the bankruptcy estate and as such, they waive their right to a jury trial.

WHEREFORE, Plaintiff requests this Court deny Defendants' demand for jury trial.

DATED this 22nd day of April, 2009.

        LANE & NACH, P.C.

        By_____
         Adam B. Nach
         Allison M. Lauritson
         Attorneys for Jill H. Ford, Plaintiff

A copy of the foregoing
mailed this 22nd day of April, 2009:

Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012

Tanya C. Strojnik
145 W. Glendale Avenue
Phoenix, AZ 85021

TCMS Investments, Inc.
c/o Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012

By_____