

Adam B. Nach – 013622
Allison M. Lauritson - 022185
**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone Number: (602) 258-6000
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Dated: April 28, 2009

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Attorneys for Jill H. Ford, Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| RICHARD ALLEN AND SONDRA JANE CAMPBELL, | No. 2-07-bk-04683-RTB |
| | *Adversary No.2:08-ap-00861-RTB* |
| Debtors. | |
| Jill H. Ford, TRUSTEE, | **STIPULATED SCHEDULING ORDER** |
| Plaintiff, | |
| vs. | |
| PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS INVESTMENTS, INC, an Arizona corporation, | |
| Defendants. | |

Plaintiff, Jill H. Ford, Trustee and Plaintiff, and Defendants Peter Strojnik, Tanya Strojnik and TCMS Investments, Inc. ("Defendants"), by and through their counsel undersigned, (collectively referred to as the "Parties"), having conferred pursuant to Rule 26(f), Federal Rules of Civil Procedure, incorporated into this bankruptcy adversary pursuant to Rule 7026, Federal Rules of Bankruptcy Procedure. Pursuant to the Parties' agreement and stipulation, the Court enters the following Stipulated Scheduling Order with respect to discovery and pre-trial procedures in the above captioned matter:

A. On or before June 10, 2009, the Parties shall exchange the information required by Rule 26(a)(1), Federal Rules of Civil Procedure, incorporated into bankruptcy proceedings pursuant to Rule 7026, Federal Rules of Bankruptcy Procedure;

B. On or before June 10, 2009, the Parties shall exchange those documents referred to in the initial disclosure statements;

C. Any party intending to submit any expert testimony at trial will serve a written report of its expert witness(es) that complies with the Federal Rules of Civil Procedure on all other parties so that such reports are received by November 15, 2009;

D. Any party intending to submit any expert testimony at trial in the form of rebuttal of another party's expert report shall serve on all parties a written report of such rebuttal expert so as to be received no later than November 15, 2009;

E. On or before January 15, 2010, the Parties shall complete all discovery;

F. The deadline for filing dispositive motions is February 15, 2010;

G. The Parties shall file a joint pretrial statement on or before March 15, 2010, unless dispositive motions are still pending, in which case the Joint Pretrial Statement shall be due fifteen (15) days after all of the dispositive motions have been resolved;

H. The pre-trial conference shall be held on April 20, 2010 200__, at 9:00 a .m.

I. The Rule 7016 Scheduling Conference set for May 5, 2009 at 1:30 p.m. is hereby vacated.

DATED this ___ day of April, 2009.

_____
The Honorable Redfield T. Baum, Sr.
Chief U.S. Bankruptcy Judge

**AGREED TO BY**

**LANE & NACH, P.C.**

By *Allison M Lauritson*
Adam B. Nach
Allison M. Lauritson
Attorneys for Plaintiff


**THE LAW FIRM OF PETER STROJNIK**


By *Peter Strojnik per email*
Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012
Attorney for Defendants


Copy of the signed Order delivered this _____ day of _____, 2009.

Tanya C. Strojnik
145 W. Glendale Avenue
Phoenix, AZ 85021

TCMS Investments, Inc.
c/o Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012

By_____