Adam B. Nach – 013622
Allison M. Lauritson - 022185
**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone Number: (602) 258-6000
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| RICHARD ALLEN AND SONDRA JANE CAMPBELL | No. 2-07-bk-04683-RTB |
| | *Adversary No.2:08-ap-00861-RTB* |
| Debtors. | |
| | **NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURE STATEMENT** |
| Jill H. Ford, TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS INVESTMENTS, INC, an Arizona corporation | |
| Defendants. | |

NOTICE is hereby given that on June 10, 2009, Plaintiff served upon counsel for Defendants, her Initial Disclosure Statement.

DATED: June 11, 2009.

                                            LANE & NACH, P.C.

                                            By   /s/ AML – 022185
                                                 Adam B. Nach
                                                 Allison M. Lauritson
                                                 Attorneys for Jill H. Ford, Plaintiff

A copy of the foregoing delivered via
e-mail this 11th day of June, 2009:

Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012
strojnik@aol.com

Tanya C. Strojnik
c/o Peter Strojnik
145 W. Glendale Avenue
Phoenix, AZ 85021

TCMS Investments, Inc.
c/o Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012

By  /s/ Terie K. Flowers-Turner