Adam B. Nach – 013622
Allison M. Lauritson - 022185
**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone Number: (602) 258-6000
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RICHARD ALLEN AND SONDRA JANE CAMPBELL<br><br>Debtors.<br><br>Jill H. Ford, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS INVESTMENTS, INC, an Arizona corporation<br><br>Defendants. | (Chapter 7 Case)<br><br>No. 2-07-bk-04683-RTB<br><br>*Adversary No.2:08-ap-00861-RTB*<br><br>**PLAINTIFF'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Jill H. Ford, Chapter 7 Trustee and Plaintiff, by and through her attorneys, hereby submits this Separate Statement of Facts in support of her Motion for Partial Summary Judgment as to Defendants Peter Strojnik, Tanya Strojnik and TCMS Investments, Inc. ("Defendants"), pursuant to the provisions of local F.R.B.P. Rule 9013:

1. This is a core proceeding over which this Court has jurisdiction pursuant to 27 U.S.C. §157(b)(2) and §1334. *See* Complaint ¶1, Answer ¶1.

2. This case was commenced by voluntary petition filed by the Debtors on or about September 17, 2007. *See* Complaint ¶2, Answer ¶1.

3. Plaintiff is the duly appointed and acting Trustee in this Chapter case. *See* Complaint ¶3, Answer ¶1.

4. At all times relevant, Defendants Peter Strojnik and Tanya Strojnik ("Defendants Strojnik") were married and were residents of the State of Arizona. *See* Complaint ¶ 4, Answer ¶1.

5. At all times relevant, Defendant TCMS Investments, Inc. ("Defendant TCMS") was an Arizona corporation authorized to do business in the State of Arizona. *See* Complaint ¶5, Answer ¶1.

6. Prior to the petition date and on or about May 30, 2006, Debtors executed an hourly fee agreement ("Hourly Fee Agreement") with Peter Strojnik of Peter Strojnik P.C. ("Defendant Peter") for services including the investigation of claims against Debtor by the Arizona Corporation Commission ("AZ Corp Commission"). *See* Complaint ¶7, Answer ¶1.

7. Prior to the petition date and on or about June 22, 2006 Debtors executed a contingency fee agreement ("Contingency Fee Agreement") with Defendant Peter for services related to Debtors' lawsuit filed against Agra-Technologies, Inc. ("AGRA"), CV2006-009755. *See* Complaint ¶9, Answer ¶1.

8. At all times relevant, Debtor was a shareholder of Arizona Precious Metals, Inc. ("APM"). *See* Complaint ¶12, Answer ¶1.

9. Pursuant to the records of the Secretary of State of Nevada, Defendant Peter was a director of APM in August, 2007. A copy of the entity information as listed with the State of Nevada is attached hereto as Exhibit "A" and incorporated herein by reference.

10. On or about October 23, 2006, Debtors executed the Designation of Nominee and Instructions, whereby Debtors designated Defendant TCMS as nominee of Debtors' right, title and interest in and to 3,100,000 shares of stock in APM, and in 620,000 shares of stock under option with APM. *See* Complaint ¶18, Answer ¶1. A copy of the Designation of Nominee and Instructions is attached hereto as Exhibit "B" and incorporated herein by reference.

11. On or about November 14, 2006, Debtors executed a second deed of trust in favor of Ditech.com, in the amount of $107,000.00 ("Ditech Proceeds"), secured against their home. A copy of the Deed of Trust is attached hereto as Exhibit "C" and incorporated herein by reference.

12. Debtors contributed the Ditech Proceeds to APM to purchase a reclamation bond for mining

purposes. A copy of Debtors' 2004 examination testimony is attached hereto as Exhibit "D" and incorporated hereby be reference. *See* page 2.

13. Defendant Peter contributed $30,000 toward the purchase of the reclamation bond. *See* Exhibit D, page 3.

14. Debtor, Defendant Peter and Defendant Tanya executed the Assignment of Funding Group Interest and Rights Arising Out of the Funding Group Agreement Dated 11-27-06 ("Assignment"). As set forth in the Assignment, Debtor, Defendant TCMS and Hans Hüning ("Hüning") (collectively hereinafter the "Funding Group"), executed a Funding Group Agreement whereby:

    a. Debtor agreed to pay $100,000.00 toward the $140,000.00 required to purchase the reclamation bond for the Silver King mine project ("Silver King Project").

    b. Debtor paid an additional $10,000.00 toward the Silver King Project on behalf of Hüning.

    c. Hüning promised to pay Debtor $10,000.00 no later than December 31, 2006.

    d. The parties' interests in the Funding Group are as follows: (i) Debtor – 71.5%; (ii) Defendant TCMS – 14.25%; and (iii) Hüning – 14.25%.

*See* Complaint ¶20, Answer ¶1. A copy of the Assignment is attached as Exhibit "E" and incorporated herein by reference.

15. As set forth in the Assignment, on or about November 27, 2006, APM, Silver King Mining Company of Arizona, LLC (an Arizona limited liability company) ("SKM"), Arizona Precious Metals – Silver King Joint Venture ("APM-SKM JV"), and the Funding Group entered into an agreement, the terms of which included that the Funding Group obtained a 30% interest in APM-SKM JV. On or about November 27, 2006, the Funding Group also amended the APM-SKM JV agreement to provide for repayment of the reclamation bond and to provide that in the event a third party does not fund the operations of the Silver King mine prior to June 30, 2007, and the $140,000.00 advanced by the Funding Group and the prior contributions of Debtor and Hüning are not repaid, then APM forfeits its interest in the joint venture, SKM's interest is increased to 55% and the Funding Group's interest is increased to 45%. *See* Complaint ¶21, Answer ¶1. *See* Exhibit E.

16. As set forth in the Assignment, on or about November 27, 2006, Debtor assigned all of his right, title and interest in the Funding Group to Defendant TCMS. *See* Complaint ¶25, Answer ¶1. *See* Exhibit E.

17. At all times relevant hereto Defendant Peter was retained as Debtor's attorney pursuant to the Hourly Fee Agreement and the Contingency Fee Agreement when Debtor assigned all of his right, title and interest in the Funding Group to Defendant TCMS. *See* Complaint ¶26, Answer ¶2.

18. Debtor assigned all of his right, title and interest in the Funding Group to Defendant TCMS, and executed the Assignment in consideration for present and future attorneys' fees due Defendant Peter by Debtor arising from the Hourly Fee Agreement and the Contingency Fee Agreement. *See* Complaint ¶27, Answer ¶4.

19. On or about December 12, 2006, Debtors executed the Modification of Fee Agreements ("Modified Fee Agreement"). *See* Complaint ¶28, Answer ¶1. A copy of the Modified Fee Agreement is attached hereto as Exhibit "F" and incorporated hereby by reference.

20. In exchange for the designation of Defendant TCMS as nominee of Debtors' interest in APM, Defendant Peter credited Debtors the sum of $10,000 toward the outstanding legal fees. *See* Exhibit F.

21. Defendant Peter accepted the Assignment as payment of attorneys' fees and costs as set forth in the Modified Fee Agreement executed by Debtor and Defendant Peter. *See* Exhibit F.

22. The terms of the Modified Fee Agreement include that in exchange for the assignment of the interest in the Funding Group to Defendant TCMS, Defendant Peter agrees to provide all future legal services arising under the Hourly Fee Agreement and Contingency Fee Agreement, free of charge. *See* Complaint ¶29, Answer ¶4. *See* Exhibit F.

23. At the time of the Assignment, Debtor owed Defendant Peter approximately $51,380.00. The Invoices are confidential and constitute attorney-client privilege. The Invoices will be provided under seal upon request of the Court or if allowed by Defendant Peter and would be marked as Exhibit "G".

24. Defendant Peter is not listed as a creditor on the Schedules of Assets and Liabilities, as amended. *See* Schedules of Assets and Liabilities, Schedules D, E and F, which are attached hereto as Exhibit "H" and incorporated herein by reference.

DATED this 16th day of February, 2010.

**LANE & NACH, P.C.**

By    /s/ Allison M. Lauritson - 022185
    Adam B. Nach
    Allison M. Lauritson
    Attorneys for Jill H. Ford, Plaintiff

A copy of the foregoing
mailed this 16th day of February, 2010:

Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012

Tanya C. Strojnik
145 W. Glendale Avenue
Phoenix, AZ 85021

TCMS Investments, Inc.
c/o Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012


By  /s/ Terie K. Turner