# EXHIBIT F
# (Modification of Fee Agreements)

Strojnik – Campbell - AGRA Fee Agreement

## MODIFICATION OF FEE AGREEMENTS

The parties, Richard and Sondra Campbell ("Client") and Peter Strojnik, P.C. ("Attorney"), in consideration of current and future fees, the sufficiency of which consideration is hereby expressly affirmed, enter into this Modification of Fee Agreements effective this 12th day of December, 2006, as follows:

**RECITAL**
The parties entered into Hourly Fee Agreement on 05-30-06 and a Contingency Fee Agreement on 06-22-06. Thereafter, on 10-23-06, Client executed a Designation of Nominee and Instructions by which Attorney credited the client with $10,000.00 in exchange for nominating TCMS Investments, Inc., as the "nominee" of all of Campbell's right, title and interest in 3,100,000 shares of Arizona Precious Metals, Inc. ("APM") stock and 620,000 shares of APM stock under option. Thereafter, on November 27, 2006, Client, as a part of the Funding Group, became a 71.43% interest holder in 30% of the APM-SKM Joint Venture, which interest diluted the interest previously obtained by TCMS Investments, Inc. by 50%. The parties now desire to modify and amend their previous agreements and agree as follows:

1. The parties agree and understand that the Contingency Fee Agreement dated 06-22-06 is no longer viable since, in part, ACC has made a demand on Client to dismiss the case against AGRA Technologies and the Notice of Involuntary Trusteeship as a part of the settlement between Client and the ACC. Therefore, Client, in the absence of this Modification of Fee Agreement, would become indebted to Attorney at the full hourly rate for the AGRA litigation from the commencement of representation to the conclusion of the representation. Attorney agrees to provide the entirety of fees relative to the pending litigation case against AGRA Technologies, Inc. free of charge.

2. Contemporaneously herewith, Client will execute a document entitled "Assignment Of Funding Group Interest and Rights Arising Out of the Funding Group Agreement dated 11-27-06" by which Client shall assign all of its right, title and interest to Client's holding in the Funding Group to TCMS Investments, Inc. Client understands that Client is giving up Client's entire interest in the Funding Group and the rights arising out of the Funding Group Agreement dated 11-27-06.

3. Attorney shall provide the entirety of fees relative to the ACC action and the AGRA Technologies action for Client free of additional charge.

4. The provisions of the previous agreements between the parties not inconsistent with this Modification shall remain in effect.

By executing this Agreement, Client acknowledges having read and understood the terms thereof; that he has initialed each paragraph above; and that he received a copy of the executed agreement.

**CLIENT HAS BEEN ENCOURAGED BY ATTORNEY TO SEEK INDEPENDENT LEGAL ADVICE AND OPINION REGARDING THIS FEE AGREEMENT, AND THAT CLIENT HAS**

Case 2:08-ap-00861-RTB    Doc 22-6    Filed 02/16/10    Entered 02/16/10 14:35:01    Desc
Exhibit F - Modification of Fee Agrmts    Page 2 of 3

Strojnik – Campbell - AGRA Fee Agreement

**HAD THE OPPORTUNITY TO DO SO. BY EXECUTING THIS AGREEMENT, CLIENT ACKNOWLEDGES HAVING READ AND UNDERSTOOD THE TERMS THEREOF AND HAVING RECEIVED A COPY.**

**CLIENT:**

_____  DATE: 12/12/06
Richard Campbell
For the Marital Community


**ATTORNEY:**

_____  DATE: 12/12/06
Peter Strojnik for
Peter Strojnik, P.C.

Page 2 of 2

Case 2:08-ap-00861-RTB   Doc 22-6   Filed 02/16/10   Entered 02/16/10 14:35:01   Desc
Exhibit F - Modification of Fee Agrmts    Page 3 of 3