Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Defendants

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: RICHARD AND SONDRA CAMPBELL, <br><br>Debtors. <br>_____ <br>JILL H. FORD, Trustee, <br><br>Plaintiff, <br><br>vs. <br><br>PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS Investments, Inc., an Arizona Corporation. <br><br>Defendants. | (Chapter 7 case) <br><br>No. 2-07-bk-04683-RTB <br><br>Adversary No. 2:08-ap-00861-RTB <br><br>**OBJECTION TO PLAINTIFF'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1. Objection to Plaintiff's Statement of Facts ("PSOF") 1: None.

2. Objection to PSOF 2: None.

3. Objection to PSOF 3: None.

4. Objection to PSOF 4: None.

5. Objection to PSOF 5: None.

6. Objection to PSOF 6: None.

1    7.   Objection to PSOF 7: None.

2    8.   Objection to PSOF 8: None.

3    9.   Objection to PSOF 9: None.

4    10.  Objection to PSOF 10: None.

5    11.  Objection to PSOF 11: None.

6    12.  Objection to PSOF 12: Objection: Debtors contributed $98,796.00 toward a reclamation bond on behalf of Silver King Mine. See November 21, 2006 designation of Richard Campbell (Debtor) as the authorized agent of Silver King Mine Company for the purpose of handling the Reclamation Bond for Silver King Mine. Exhibit 1. See also Exhibit 2, Reclamation Bond Check in the amount of $138,790.00 payable to USDA Forest Service.

13.  Objection to PSOF 13: Objection: "Defendant Peter" contributed nothing toward the purchase of the Reclamation Bond. TCMS Investments, Inc., an investment company wholly owned by the Tanya C. Strojnik Separate Property Trust made a contribution of $30,000.00. See Funding Group Agreement, Exhibit 3.

14.  Objection to PSOF 14: Objection: The Assignment of the Funding Group Interest and Rights Arising Out of the Funding Group Agreement Dated 11-27-06 were executed by Debtor, Peter Strojnik and TCMS Investments. Exhibit 4. The document speaks for itself.

15.  Objection to PSOF 15: Objection: The document (Exhibit E to Plaintiff's Statement of Facts) speaks for itself.

16.  Objection to PSOF 16: None.

17.  Objection to PSOF 17: None.

18.  Objection to PSOF 18: Objection: The allegations in ¶ 27 of the Complaint are not admitted in the Answer; they are denied. (Judicial Notice.)

19.  Objection to PSOF 19: None.

20.  Objection to PSOF 20: Objection: The document speaks for itself.

21.  Objection to PSOF 21: Objection: The document speaks for itself.

22.  Objection to PSOF 22: Objection: The document speaks for itself.

23.  Objection to PSOF 23: Objection. At the time of the Assignment, Debtor owed Strojnik $185.00. See Exhibit 5. Trustee confuses the contingency fee hourly equivalent with the hourly fees actually due.

1  24. Objection to PSOF 24: None.
2  RESPECTFULLY submitted this 24th day of February, 2010.

*[signature]*

_____
Peter Strojnik
Attorney for Plaintiff