# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | RICHARD ALLEN & SONDRA JANE CAMPBELL |
| **Case Number:** | 2:07-BK-04683-RTB  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MAY 06, 2010 09:00 AM  7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matters:*

1) **ADV: 2-08-00861**

   **JILL H. FORD & PETER STROJNIK & TANYA C. STROJNIK & TCMS INVESTMENTS, INC. vs PETER STROJNIK & TANYA C. STROJNIK & TCMS INVESTMENTS, INC. & JILL H. FORD**
   PRETRIAL CONFERENCE IN RE: COMPLAINT

   R / M #:  11 / 0

2) **ADV: 2-08-00861**

   **JILL H. FORD & PETER STROJNIK & TANYA C. STROJNIK & TCMS INVESTMENTS, INC. vs PETER STROJNIK & TANYA C. STROJNIK & TCMS INVESTMENTS, INC. & JILL H. FORD**
   MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY TRUSTEE

   R / M #:  21 / 0

## *Appearances:*

ALLISON M. LAURITSON, ATTORNEY FOR JILL H. FORD
PETER STROJNIK, ATTORNEY FOR PETER STROJNIK, TANYA C. STROJNIK, TCMS INVESTMENTS, INC.

## *Proceedings:*

Ms. Lauritson argues her position in support of summary judgment. She notes there are other issues to be tried. The trustee will be able to file a joint pretrial statement within 2-3 weeks.

Mr. Strojnik responds in opposition to the summary judgment motion and discusses his position with the court.

COURT:  IT IS ORDERED taking this matter under advisement. The parties are directed to file a joint pretrial statement no later than 6/8/10. A pretrial conference is set for 6/22/10 @ 9:00 a.m.

cc:  Gloria/Jim
     Under Advisement