


IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Hon. Redfield T. Baum |
| Case Name: | Richard Allen & Sondra Jane Campbell, Chapter 7 |
| Case No.: | 2:07-bk-04683-RTB |
| Adversary Name: | Jill H. Ford vs. Peter Strojnik & Tanya C. Strojnik & TCMS Investments, Inc. |
| Adversary No.: | 2:08-ap-00861-RTB |
| Subject of Matter: | Plaintiff's Motion For Partial Summary Judgment and Defendant's Cross Motion For Summary Judgment. |
| Date Matter Taken Under Advisement: | May 6, 2010 |
| Date Ruled Upon: | May 12, 2010 |

Pending before the court is Plaintiff's motion for partial summary judgment against Defendant Peter Strojnik ("PS") and PS's cross motion for summary judgment. For the reasons set forth below, the motions are denied.

The following are the undisputed facts. PS was the debtors' attorney and the attorney for entities in which the debtors owned a substantial interest. The debtors transferred approximately $110,000.00 which funds, plus additional funds, were used to post a bond required by the U.S. Forest Service ("USFS"). It is unclear whether the debtors' funds were transferred first to one of

their entities or directly to the USFS. Shortly after the debtors transferred such funds, they transferred their interest in Arizona Precious Metals ("APM") to an entity owned by PS's spouse and PS agreed that the attorney's fees owed to him or his professional corporation were satisfied.

At this time, the court is unconvinced that either party has established that there are no questions of material fact or that either party is entitled to judgment as a matter of law; including, but not limited to, whether the transfers at issue were for the benefit of PS (at this time it appears to the court that the trier of fact might conclude that the transfers were solely for the benefit of APM), that it is a factual issue whether PS was or was not an insider of the debtors, and whether the series of agreements were in fact one deal or multiple separate transactions.

Therefore, the motions are denied, without prejudice.


Copy of the foregoing
mailed this /3 day of
May, 2010 to:

Allison M Lauritson
LANE & NACH, P.C.
2025 North Third Street, Suite 157
Phoenix, Arizona 85004

Peter Strojnik
LAW OFFICES OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85004

by_____
Judicial Assistant