Adam B. Nach – 013622
Allison M. Lauritson - 022185
**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone Number: (602) 258-6000
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford, Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> RICHARD ALLEN AND SONDRA JANE CAMPBELL, <br><br> Debtors. | (Chapter 7 Case) <br><br> No. 2-07-bk-04683-RTB <br><br> *Adversary No.2:08-ap-00861-RTB* |
| Jill H. Ford, TRUSTEE, <br><br> Plaintiff, <br><br> vs. <br><br> PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS INVESTMENTS, INC, an Arizona corporation, <br><br> Defendants. | **STIPULATION TO VACATE PRETRIAL CONFERENCE DUE TO PENDING SETTLEMENT** <br><br> **Hearing Date: July 1, 2010** <br><br> **Hearing Time: 9:00 a.m.** |

Plaintiff, Jill H. Ford, Trustee and Plaintiff, and Defendants Peter Strojnik, Tanya Strojnik and TCMS Investments, Inc. ("Defendants"), by and through their counsel undersigned, (collectively referred to as the "Parties"), hereby stipulate to vacate the pretrial conference set for July 1, 2010 at 9:00 a.m. The parties have resolved the matter, which resolution will be filed in the administrative case and is subject to Court approval.

WHEREFORE, Trustee and Defendants pray for an Order of this Court vacating the Pretrial Conference; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 28th day of May, 2010.

**LANE & NACH, P.C.**

By _Allison M Lauritson_
Adam B. Nach
Allison M. Lauritson
Attorneys for Plaintiff

**THE LAW FIRM OF PETER STROJNIK**

By _Peter Strojnik (with permission)_
Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012
Attorney for Defendants

Copy delivered via mail to:

Tanya C. Strojnik
145 W. Glendale Avenue
Phoenix, AZ 85021

TCMS Investments, Inc.
c/o Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012

By_____