Adam B. Nach - 013622
Allison M. Lauritson – 022185
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| RICHARD ALLEN AND SONDRA JANE CAMPBELL, | No. 2-07-bk-04683-RTB |
| | Adv. No.: 2:08-ap-00861-RTB |
| Debtors. | **NOTICE OF DISMISSAL** |
| Jill H. Ford, TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS INVESTMENTS, INC, an Arizona corporation, | |
| Defendants. | |

Jill H. Ford, Case Trustee, by and through undersigned attorneys, hereby gives notice of dismissal of this case, with prejudice, with each party bearing its own attorneys' fees and costs. The matter has been resolved pursuant to the Court's order dated June 29, 2010 and entered in the administrative case at Docket No. 90.

RESPECTFULLY SUBMITTED this 2nd day of July, 2010.

**LANE & NACH, P.C.**

By: */s/ Allison M. Lauritson - 022185*

Adam B. Nach
Allison M. Lauritson
Attorneys for Jill H. Ford, Trustee

LANE & NACH, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

COPY of the foregoing mailed this
2nd day of July, 2010, to:

Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012

Tanya C. Strojnik
145 W. Glendale Avenue
Phoenix, AZ 85021

TCMS Investments, Inc.
c/o Peter Strojnik
3030 North Central Avenue, #1401
Phoenix, AZ 85012

Tanya C. Strojnik
7847 N. Central Avenue
Phoenix, AZ 85020-4025

COPY delivered via electronic notification to:

Office of U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706


By: */s/ Corliss A. Kitchens*
    Corliss A. Kitchens