Adam B. Nach - 013622
Allison M. Lauritson – 022185
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Attorneys for Jill H. Ford, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| RICHARD ALLEN AND SONDRA JANE CAMPBELL, | No. 2-07-bk-04683-RTB |
| | Adversary No.2:08-ap-00861-RTB |
| Debtors. | |
| Jill H. Ford, TRUSTEE, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| vs. | |
| PETER STROJNIK and TANYA STROJNIK, husband and wife, TCMS INVESTMENTS, INC, an Arizona corporation, | |
| Defendants. | |

Upon the Notice filed by the Plaintiff and good cause appearing therefor;

IT IS HEREBY ORDERED dismissing this adversary proceeding with prejudice, with each party bearing their own attorneys' fees and costs.

**SIGNED AND DATED ABOVE**